**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF PENNSYLVANIA

Case number *(if known)* ________ Chapter 7

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name**

Streamline Solutions, LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)

26-2188549

**4. Debtor's address**

**Principal place of business**

718 N. 2nd Street, Suite 317
Philadelphia, PA 19123
Number, Street, City, State & ZIP Code

Philadelphia
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify:

Debtor Streamline Solutions, LLC Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

5313

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☒ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check **all** that apply*:

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
- ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
- ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District ______ When ______ Case number ______
District ______ When ______ Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes. Please see attachment.

List all cases. If more than 1, attach a separate list

Debtor ______ Relationship ______
District ______ When ______ Case number, if known ______

**11. Why is the case filed in *this district?***

*Check all that apply:*

- [x] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- [x] No
- [ ] Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? ____________
- [ ] It needs to be physically secured or protected from the weather.
- [ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- [ ] Other ____________

**Where is the property?** ____________
Number, Street, City, State & ZIP Code

**Is the property insured?**

- [ ] No
- [ ] Yes. Insurance agency ____________
  Contact name ____________
  Phone ____________

## Statistical and administrative information

**13. Debtor's estimation of available funds**

. *Check one:*

- [ ] Funds will be available for distribution to unsecured creditors.
- [x] After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| [x] 1-49 | [ ] 1,000-5,000 | [ ] 25,001-50,000 |
| [ ] 50-99 | [ ] 5001-10,000 | [ ] 50,001-100,000 |
| [ ] 100-199 | [ ] 10,001-25,000 | [ ] More than100,000 |
| [ ] 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| [x] $0 - $50,000 | [ ] $1,000,001 - $10 million | [ ] $500,000,001 - $1 billion |
| [ ] $50,001 - $100,000 | [ ] $10,000,001 - $50 million | [ ] $1,000,000,001 - $10 billion |
| [ ] $100,001 - $500,000 | [ ] $50,000,001 - $100 million | [ ] $10,000,000,001 - $50 billion |
| [ ] $500,001 - $1 million | [ ] $100,000,001 - $500 million | [ ] More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| [x] $0 - $50,000 | [ ] $1,000,001 - $10 million | [ ] $500,000,001 - $1 billion |
| [ ] $50,001 - $100,000 | [ ] $10,000,001 - $50 million | [ ] $1,000,000,001 - $10 billion |
| [ ] $100,001 - $500,000 | [ ] $50,000,001 - $100 million | [ ] $10,000,000,001 - $50 billion |
| [ ] $500,001 - $1 million | [ ] $100,000,001 - $500 million | [ ] More than $50 billion |

Debtor Streamline Solutions, LLC
Name

Case number (*if known*) ____________

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9/8/25
MM / DD / YYYY

**X** ____________
Signature of authorized representative of debtor

Michael Stillwell
Printed name

Title Managing Member

---

**18. Signature of attorney**

**X** ____________
Signature of attorney for debtor

Date 09/08/2025
MM / DD / YYYY

Thomas D. Bielli
Printed name

Bielli & Klauder, LLC
Firm name

1905 Spruce Street
Philadelphia, PA 19103
Number, Street, City, State & ZIP Code

Contact phone ____________ Email address tbielli@bk-legal.com

202100 PA
Bar number and State

Debtor Streamline Solutions, LLC
Name

Case number (*if known*) ____________________

**Part 2:** **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____________________
MM / DD / YYYY

X ____________________
Signature of authorized representative of debtor

Michael Stillwell
Printed name

Title Managing Member

**18. Signature of attorney**

X ____________________
Signature of attorney for debtor

Date 09/08/2025
MM / DD / YYYY

Thomas D. Bielli
Printed name

Bielli & Klauder, LLC
Firm name

1905 Spruce Street
Philadelphia, PA 19103
Number, Street, City, State & ZIP Code

Contact phone ____________________ Email address tbielli@bk-legal.com

202100 PA
Bar number and State

**Attachment to Petition #10**

**Pending Bankruptcy Cases Being Filed by a Business Partner or Affiliate**

| Name | EIN |
| --- | --- |
| Streamline Solutions, LLC | 26-2188549 |
| Streamline Construction Management, LLC | 83-1977897 |
| Streamline Group, LLC | 85-4259262 |
| Lion Construction, LLC | 47-5483827 |
| Lion Construction Management, LLC | 47-5437758 |
| Streamline Philly Construction, LLC | 26-1530017 |
| Streamline Realty, LLC | 27-5348928 |
| Streamline Sales and Marketing, LLC | 83-2247364 |
| Streamline Residential Construction, LLC | 83-1971614 |
| Streamline Partners, LLC | 81-0878632 |
| STL Holdings I, LLC | 47-1023646 |

**RESOLUTION AUTHORIZING FILING OF
CHAPTER 7 BANKRUPTCY PETITION**

I, Michael Stillwell, being the authorized representative and member (the "Member") of **Streamline Solutions, LLC** (the "Company"), a Pennsylvania Limited Liability Company, do hereby adopt the below enumerated resolutions:

**WHEREAS**, the Member has considered the financial aspects of the Company;

**WHEREAS**, the Member has determined that the Company shall file a voluntary petition (the "Bankruptcy Petition") under the provision of chapter 7 of title 11 of the United States Code, as amended (the "Bankruptcy Code"); and

**WHEREAS**, the Member has reviewed and considered the Company's options and recommendations of professionals and advisors to the Company as to the terms of the proposed liquidation to be implemented during the Bankruptcy Proceeding.

**NOW, THEREFORE, IT IS HEREBY RESOLVED:**

1. It is desirable and in the best interests of the Company, its creditors, and other interested parties, that a voluntary petition be filed by the Company under the provisions of chapter 7 of the Bankruptcy Code, with said petition to be filed in the United States District Court for the Eastern District of Pennsylvania.

2. The Member authorizes and empowers, Michael Stillwell to execute and filed on behalf of the Company all petitions, schedules, lists, affidavits, motions, and other papers or documents, and to take any and all actions which the Company deems necessary or proper to obtain such relief, if, in the judgment of the Company, the Company is adequately prepared prior to such filing, and to appear at any meetings, hearings, or conferences on behalf of the Company in the Bankruptcy Proceeding.

3. The Manager is authorized and empowered to employ, on behalf of the Company, Bielli & Klauder, LLC, a law firm with experience and expertise in the areas of bankruptcy liquidations of businesses in similar situations to that of the Company.

4. The Manager are authorized and empowered on behalf of the Company to take or cause to be taken all such other and further action, and to execute, acknowledge, deliver and file any and all such instruments as each in her discretion may deem necessary or advisable to carry out the purpose and intent of the foregoing resolutions.

5. All of the acts and transactions that relate to matters contemplated by the foregoing resolutions that have been undertaken in the name of and on behalf of the Company prior to the effective date of these resolutions are hereby in all respects approved, confirmed, and ratified.

Facsimile or electronic mail submissions of the signatures provided for below may be relied upon and shall have the same force and effect as the original of such signature.

This consent to action is effective as of the date below.

**IN WITNESS WHEREOF**, the undersigned has executed this written consent as of the date written below.

**Streamline Solutions, LLC**

Dated: September 8, 2025

By: ______________________________

Michael Stillwell, Managing Member

**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re Streamline Solutions, LLC
Debtor(s)

Case No.
Chapter 7

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: 9/8/25

Michael Stillwell/Managing Member
Signer/Title

Ruggiero Plante Land Design, LLC
5900 Ridge Ave.
Philadelphia, PA 19128

Samuel and Amelia Hardy
c/o Jennifer M. Horn, Esquire
Horn Williamson, LLC
Two Penn Center, Suite 1700
Philadelphia, PA 19102