| | |
|---|---|
| In re | : |
| | : Chapter 7 |
| **STREAMLINE SOLUTIONS, LLC,** *et al.,* | : |
| | : Bankruptcy No. 25-13595(AMC) |
| **Debtors.** | : |
| | : (*Jointly Administered*) |

## ORDER APPROVING STIPULATION AND
## VACATING STATE COURT ORDER AND RELATED RELIEF

Upon consideration of the Stipulation Vacating State Court Order; Resolving the Sanctions Motion of the Debtors and Related Relief (the "Stipulation") by and between the Lynn E. Feldman, as Chapter 7 Trustee ("Trustee") of the above referenced debtors (collectively, the "Debtors"), the Debtors, and Amelia Hardy and Samuel Hardy (collectively, the "Hardys"); it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1.     The Stipulation attached hereto as Exhibit A is Approved.

2.     The September 9, 2025 Judgment against Michael Stillwell and Coulbee, LLC entered in the lawsuit filed in the Court of Common Pleas of Philadelphia County, Pennsylvania (the "State Court") and captioned as *Samuel Hardy and Amelia Hardy h/w v. Streamline Solutions LLC, Streamline Construction Management LLC, Streamline Group LLC, Streamline LLC, Lion Construction LLC, Lion Construction Management LLC, Streamline Philly Construction LLC, Streamline Realty LLC, Streamline Sales and Marketing LLC, Streamline Residential Construction LLC, Streamline Partners LLC, and STL Holdings LLC and Michael Stillwell and Coulbee, LLC,* and *Harman Deutsch Ohler Architecture,* (March Term, 2023, Case No. 02405) is hereby void, without prejudice to any rights or defenses of any party, including the Trustee.

3.     Nothing herein shall affect, impair, or otherwise impact the Hardys' judgment entered against Streamline Solutions LLC, Streamline Construction Management LLC, Streamline

Group LLC, Streamline LLC, Lion Construction LLC, Lion Construction Management LLC, Streamline Philly Construction LLC, Streamline Realty LLC, Streamline Sales and Marketing LLC, Streamline Residential Construction LLC, Streamline Partners LLC, and STL Holdings LLC, entered on September 8, 2025 prior to the filing of bankruptcy.

4. Within three (3) business days of the entry of this Order the Hardys shall timely cause a copy of this Order and the Stipulation attached hereto as Exhibit A to be filed in the State Court and take whatever action is necessary to void the September 9, 2025 Judgment, as defined in the Stipulation.

5. All claims by the Debtors and their estates as against the Hardys and the Hardys' counsel in connection with any actions taken in connection with the Lawsuit after the commencement of the Bankruptcy Cases are resolved in their entirety, with prejudice;

6. The Bankruptcy Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

BY THE COURT:

Dated: Jan. 5, 2026

_____
Honorable Ashely M. Chan,
Chief United States Bankruptcy Judge

# Exhibit A

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re** | : | |
| | : | Chapter 7 |
| **STREAMLINE SOLUTIONS, LLC,** *et al.,* | : | |
| | : | Bankruptcy No. 25-13595(AMC) |
| **Debtors.** | : | |
| | : | (*Jointly Administered*) |

## STIPULATION VACATING STATE COURT ORDER; RESOLVING THE SANCTIONS MOTION OF THE DEBTORS AND RELATED RELIEF

Lynn E. Feldman, as Chapter 7 Trustee ("Trustee") of the above referenced debtors (collectively, the "Debtors"), the Debtors, and Amelia Hardy and Samuel Hardy (collectively, the "Hardys"), hereby enter into this stipulation ("Stipulation") as set forth below:

## RECITALS

WHEREAS prior to the Petition Date, the Hardys commenced a lawsuit (the "Lawsuit") against the Debtors and related parties captioned as *Samuel Hardy and Amelia Hardy h/w v. Streamline Solutions LLC, Streamline Construction Management LLC, Streamline Group LLC, Streamline LLC, Lion Construction LLC, Lion Construction Management LLC, Streamline Philly Construction LLC, Streamline Realty LLC, Streamline Sales and Marketing LLC, Streamline Residential Construction LLC, Streamline Partners LLC, and STL Holdings LLC* (collectively, the "Streamline Debtors") *and Michael Stillwell and Coulbee, LLC* (collectively, the "Insiders") and an unaffiliated entity, *Harman Deutsch Ohler Architecture* (March Term, 2023, Case No. 02405) in the Court of Common Pleas of Philadelphia County, Pennsylvania (the "State Court");

WHEREAS on September 5, 2025, the State Court ordered that trial in the Lawsuit be bifurcated such that (i) an assessment of damages hearing would commence on September 8, 2025, as against the Streamline Entities, and (ii) a jury trial would commence on September 9, 2025 as against the Insiders in connection with, among other things, claims to pierce the corporate veil.

1

Jury selection for the trial against the Insiders took place on September 5, 2025, and a jury was empaneled on said date;

WHEREAS at 2:15pm on September 8, 2025, after an assessment of damages hearing, the State Court entered a judgment against the Streamline Debtors in the amount of 1,012,784.93, jointly and severally (the "September 8, 2025 Judgment");

WHEREAS on September 8, 2025, after the entry of the September 8, 2025 Judgment, each of the Streamline Debtors filed petitions for Chapter 7 relief in the United States Bankruptcy Court for the Eastern District of Pennsylvania (the "Bankruptcy Court") thereby initiating cases 25- 13595 (amc) through 25–13605 (amc)[1] (collectively, the "Bankruptcy Cases");

WHEREAS on September 8, 2025, following the commencement of the Bankruptcy Cases and prior to the commencement of the scheduled trial against the Insiders, counsel for the Debtors filed and sent a suggestion of bankruptcy (the "Suggestion of Bankruptcy") to the State Court, the Hardys and their counsel that contained copies of the "as filed" petitions for the Bankruptcy Cases;

WHEREAS, in the Suggestion of Bankruptcy, the Debtors asserted that, pursuant to section 362 of the Bankruptcy Code, the Lawsuit was stayed as such causes of action belong the respective bankruptcy estates and any further proceedings are a violation of 11 U.S.C. § 362 and are void;

WHEREAS, on September 9, 2025, prior to the commencement of the trial against the Insiders, the State Court ordered that the trial against the Insiders proceed, as a bench trial;

WHEREAS, the Court entered a "Finding for Plaintiff" in which the Court after trial without a jury having been conducted on September 9, 2025, the Court found in favor of the Hardys

---

[1] Streamline Partners, LLC (Case No. 25-13604); Streamline Solutions, LLC (Case No. 25-13595); STL Holdings I, LLC (Case No. 25-13605); Streamline Residential Construction, LLC (Case No. 25-13603); Streamline Sales and Marketing, LLC (Case No. 25-13602); Streamline Realty, LLC (Case No. 25-13601); Streamline Philly Construction, LLC (Case No. 25-13600); Lion Construction Management, LLC (Case No. 25-13599); Streamline Group, LLC (Case No. 25-13597); Streamline Construction Management, LLC (Case No. 25-13596); and Lion Construction, LLC (Case No. 25-13598).

against the Insiders, jointly and severally, in the amount of $1,008,784.94, plus interest since the filing of suit on March 21, 2023 (the "September 9, 2025 Judgment");

WHEREAS, judgment on the verdict has not been entered, as of the date of the Stipulation;

WHEREAS, Lynn E. Feldman was appointed as interim Chapter 7 trustee (the "Chapter 7 Trustee") to administer the Debtors' bankruptcy estates;

WHEREAS, on September 9, 2025, the Debtors filed a Motion For Entry of an Order (I) Finding that Amelia Hardy, Samuel Hardy, Horn Williamson, LLC, and Ryan M. Lockman, Esquire Violated the Automatic Stay by Continuing Prosecution of State Court Litigation, (II) Imposing Sanctions Against Amelia Hardy, Samuel Hardy, Horn Williamson, LLC, and Ryan M. Lockman, Esquire for Knowingly Violating the Automatic Stay, (III) Determination that any Decisions and Orders After the Petition Date are Void Ab Initio and (IV) Granting Related Relief (the "Sanctions Motion");

WHEREAS, the Hardys and their counsel dispute that they have any liability in connection with actions taken against the Insiders after the commencement of the Bankruptcy Cases;

WHEREAS, after consideration of each other's respective positions, the Hardys and their counsel, the Streamline Debtors, and the Trustee hereby stipulate, agree, and

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:**

1. The September 9, 2025 Judgment against Michael Stillwell and Coulbee, LLC is hereby deemed void, without prejudice to any rights or defenses of any party, including the Trustee;

2. This stipulation shall not impact or otherwise affect the September 8, 2025 Judgment against the Streamline Debtors;

3.	All claims by the Debtors and their estates as against the Hardys and the Hardys' counsel in connection with any actions taken in connection with the Lawsuit after the commencement of the Bankruptcy Cases are hereby resolved in their entirety;

4.	The Hardys shall timely cause a copy of this stipulation, and the Order approving same, to be filed in the State Court;

5.	The Bankruptcy Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

[*Remainder of Page Left Intentionally Blank*]

| | |
|---|---|
| MORRIS JAMES LLP<br><br>*/s/ Jeffrey R. Waxman*<br>Jeffrey R. Waxman, Esquire<br>3205 Avenue North Blvd., Suite 100<br>Wilmington, DE 19803<br>Telephone: (302) 888-6800<br><br>*Counsel for Amelia Hardy, Samuel Hardy, Horn Williamson, LLC, and Ryan M. Lockman, Esquire*<br><br>DATED:  December 22, 2025 | BIELLI & KLAUDER, LLC<br><br>*/s/ Thomas D. Bielli*<br>Thomas D. Bielli, Esquire<br>1905 Spruce Street<br>Philadelphia, PA 19103<br>Telephone: (215) 642-8271<br><br>*Counsel for Debtors*<br><br>DATED:  December 22, 2025 |
| KARALIS PC<br><br>*/s/ Robert W. Seitzer*<br>Robert W. Seitzer, Esquire<br>1900 Spruce Street<br>Philadelphia, PA 19103<br>Telephone: (215) 546-4500<br><br>*Counsel for the Trustee*<br><br>DATED:  December 22, 2025 | |