| | |
|---|---|
| In re: | Chapter 7 |
| STREAMLINE SOLUTIONS LLC, *et al.,* | Case No. 25-13595 (AMC) |
| Debtors. | (Jointly Administered) |

## <u>CERTIFICATION OF SERVICE</u>

I, Edward Koch, Esquire, certify that on June 3, 2026, I caused a true and correct copy of

the document described below to be served on the parties listed on the mailing list exhibit, a copy

of which is attached and incorporated as if fully set forth herein, by the means indicated and to all

parties registered with the Clerk to receive electronic notice via the CM/ECF system:

OBJECTION AND OPPOSITION OF CREDITOR, EVANSTON INSURANCE COMPANY,
TO MOTION OF CREDITORS, NICKOLAS AUGER, DAVID BUTERA, DANIEL &
CLARISA KIRK, AND MATTHEW SELBOVITZ, FOR RELIEF FROM THE AUTOMATIC
STAY

I certify under penalty of perjury that the above document was sent using the mode of

service indicated.

Respectfully submitted,

**WHITE AND WILLIAMS LLP**

/s/ Edward M. Koch
BY: Edward M. Koch, Esquire
Pa. Id. No. 76337
1650 Market Street
One Liberty Place, Suite 1800
Dated: June 3, 2026      Philadelphia, PA 19103

*Attorneys for Creditor,*
Mailing List Exhibit attached hereto:      *Evanston Insurance Company*

**VIA ECF TRANSMISSION**

Robert A. Badman, Esquire
Curtin & Heefner LLP
1040 Stony Hill Road, Suite 150
Yardley, PA 19067    -
*Counsel to First Citizens Community Bank*

John Schanne, Esquire
Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
*Counsel to the U.S. Trustee*

Andrew C. Eckert, Esquire
Fleck Eckert Klein McGarry LLC
222 N. Walnut Street, Ste First Floor
West Chester, PA 19380
*Counsel to Ruggiero Plante Land Design, LLC*

Thomas Daniel Bielli, Esquire
Bielli & Klauder, LLC
1905. Spruce Street
Philadelphia, PA 19103
*Counsel to the Debtors*

Scott M. Klein, Esquire
Fleck Eckert Klein McGarry LLC
222 N. Walnut Street, Ste First Floor
West Chester, PA 19380
*Counsel to Ruggiero Plante Land Design, LLC*

Steven K. Eisenberg, Esquire
Stern & Eisenberg, P.C.
1581 Main Street, Suite 200
Warrington, PA 18976
*Counsel to Equity Funding, LLC*

Anthony R. Twardowski, Esquire
Zarwin Baum DeVito Kaplan Schaer & Toddy PC
2005 Market Street, 16th Floor
Philadelphia, PA 19103
*Counsel to 1300 American St., LLC*

Patrick James Brennan, Esquire
Fleck Eckert Klein LLC
222 N. Walnut Street, Ste First Floor
West Chester, PA 19380
*Counsel to Ruggiero Plante Land Design, LLC*

Ryan M. Lockman, Esquire
Horn Williamson, LLC
2005 Market Street, Ste 32nd Floor
Philadelphia, PA 19103
*Counsel to Nickolas Auger, David Butera, Daniel Kirk, Clarisa Krik and Matthew Selbovitz*

Lynn E. Feldman, Trustee
2310 Walbert Ave., Suite 103
Allentown, PA 18104
*Chapter 7 Trustee*

Robert W. Seitzer
Karalis PC
1900 Spruce Street
Philadelphia, PA 19103
*Counsel for the Trustee*

**<u>VIA E-MAIL</u>**
Albert A. Ciardi, III, Esquire
Ciardi Ciardi & Astin
1905 Spruce Street
Philadelphia, PA 19103
*aciardi@ciardilaw.com*
*Counsel to Interested Parties*