# AMERICAN ARBITRATION ASSOCIATION

## Commercial Arbitration Tribunal

**IN THE MATTER OF AN ARBITRATION BETWEEN**:

THOMAS TRINH AND LORNA KHENSOUVANN,

Claimants,

vs. **AAA Case No. 01-22-0002-1119**

STREAMLINE, LLC,

STREAMLINE SOLUTIONS, LLC,

STREAMLINE CONSTRUCTION MANAGEMENT, LLC,

STREAMLINE GROUP, LLC,

1305 KATER, LLC, DARIEN PARTNERS, LLC,

U.S. CAPITAL INVESTMENTS 7, LLC

LION CONSTRUCTION, LLC,

LION CONSTRUCTION MANAGEMENT, LLC,

COULBEE, LLC,

FRANKEL PROPERTY MANAGEMENT,

SEAN FRANKEL,

MICHAEL STILLWELL AND

STREAMLINE PHILLY CONSTRUCTION, LLC,

Respondents.

## Arbitrator's Final Award

THE UNDERSIGNED ARBITRATOR, having been designated in accordance with the Arbitration Agreement entered between the above-named parties contained within the Agreement of Sale (AOS) which was fully executed on November 26, 2018 (see para. 11), having reviewed all the documents and exhibits, heard all the testimony, proofs, allegations and arguments presented by the parties in hearings conducted September 11 - 15, 2023, and the post hearing briefs submitted by Claimants on December 8, 2023 and the Respondents on December 22, 2023 at which Claimants were represented by Horn Williamson, LLC and Respondents were represented by BBC Law, LLP[1] , hereby finds the following facts and issues in this **FINAL AWARD:**

By multiple stipulations of the parties, dated September 22, 2022, January 27, 2023, and February 28, 2023, original Respondents, Sean Frankel, Frankel Management Company

[1] Although, Respondents were previously represented by Cooper Levenson, Attorneys at Law, Counsel, Carmello Torraca, Esq. now a partner in BBC Law, LLP has represented Respondents throughout the entire proceeding.

(improperly named as Frankel Property Management), Darien Partners, LLC, 1305 Kater, LLC, Coulbee, LLC, Streamline, LLC and Streamline Philly Construction, LLC were dismissed from this proceeding.

**Accordingly**, this **Final Award** is entered against the remaining parties, jointly and severally.

**Whereas**, Michael Stillwell, U.S. Capital Investments 7, LLC, Streamline Solutions, LLC, Streamline Construction Management, LLC, Streamline Group, LLC, Lion Construction, LLC, and Lion Construction Management, LLC ( collectively the **Liable Parties or Respondents**) failed to honor the AOS and did not deliver as promised a new construction home free of defects, and failed to correct and or make adequate repairs to address water infiltration and the resultant damage and misrepresented, intentionally, negligently and fraudulently Liable Parties' compliance with applicable building codes and building permits and did not warn Claimants of the imminent danger posed by the brick wall on the Claimant's property which Liable Parties had committed to remove prior to construction and as a result of these and other bad faith acts which violate the Pennsylvania Unfair Trade Practices and Consumer Protection Law, codified at 73 Pa.C.S.A., sections 201-1 et seq., **Respondents have violated the Pennsylvania Unfair Trade Practices and Consumer Protection Law, codified at 73 Pa.C.S.A., sections 201-1 et seq.**

**The Liable Parties, jointly and severally are liable for the injuries asserted by Claimants and shall pay to the Claimants in satisfaction of the claims raised and proven the following compensatory damages:**

| | | |
|---|---|---|
| **1.** | Brick/MSV/and Vinyl Remediation | $167, 710.00 |
| **2.** | Rear Wall Repair Estimate | 56,600.00 |
| **3.** | Moisture Testing and Report | 1,200.00 |
| **4.** | Destructive Testing - McDermott Construction Day 1 | 993.75 |
| **5.** | Destructive Testing – McDermott Construction Day 3 | 160.00 |
| **6.** | Expert Fees – Green Valley Group | 2,500.00 |
| **7.** | Expert Fees – GVG Testimony at Arbitration | 2,500.00 |
| **8.** | Expert Fees Betzwood Associates, PC | 1,500.00 |
| **9.** | Expert Fees – Ingraham Engineering Services | 750.00 |
| **10.** | Juron Surveying | 950.00 |
| | **Total Repair Estimates and Partial Arbitration Costs** - | **$234,863.75** |

**Further, the Liable Parties (Respondents) shall compensate the Claimant's for all costs of Arbitration including the Arbitrator's fees and expenses specified herein:**

| | |
|---|---|
| **Award for Compensatory Damages:** | **$234,863.75** |
| **A. Award for Treble Damages:** | **$704,591.25** |
| **B. Award for AAA Fees:** | **$24,932.50** |
| **C. Court Reporter Costs:** | **$2,598.09** |
| **D. Claimant's Attorney's fees:** | **$142,737.05** |

**SUBTOTAL (BEFORE PUNITIVES): $1,109,722.64**

**Claimants shall be paid pre and post judgment interest on this Award beginning on the date of the Notice to Cure (NTC), October 30, 2020, through the date the Partial Final Award (November 9, 2023 ) in full at the interest rate of residential mortgages of 7.9%.**

**Respondents shall pay Pre-Judgment Interest calculated as follows:**

**Total Award Before Interest: $1,109,722,64**

**Interest rate: 7.90% Beginning date (NTC): 10/30/2020; End Date: November 9, 2023**

**Years since NTC 3.03**

**Total Interest accrued $265,634.28**

**Award Plus Pre-Judgment Interest $1,375,356.92**

**It is hereby Ordered that the Respondents shall pay to the Claimant's a total of $1,375,356.92 plus punitive damages.**

**The behavior of the defendants in this matter is so egregious as to warrant punitive damages. Punitive damages in this matter are awarded in the amount of $2,000,000.00.**

**Respondents shall pay Claimant's a total Final Award of $3,375,356.92.**

I, Hon. Renée Cardwell Hughes (Ret.) do hereby affirm upon my oath as Arbitrator that I am the individual described herein who executed this instrument which is the Partial Final Award in this matter.

**The Hon. Renée Cardwell Hughes (Ret.)**

**January 18, 2024**