**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **STREAMLINE SOLUTIONS, LLC, *et al.*** | : | **BANKRUPTCY NO. 25-13595 (AMC)** |
| | : | **(Jointly Administered)** |
| **Debtors.** | : | |
| | : | |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

**TO: THE DEBTOR, CHAPTER 7 TRUSTEE, UNITED STATES TRUSTEE AND ALL PERSONS REQUESTING NOTICE UNDER RULE 2002 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, NOTICE IS GIVEN THAT:**

**Amelia and Samuel Hardy,** (the "Movants"), have filed a Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362(d) for permission to pursue recovery from Non-Debtor Michael Stillwell and Coulbee LLC and for permission for appeals currently stayed in the Pennsylvania Superior Court to proceed.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion, or if you want the Court to consider your views on the motion, then on or before **August 20, 2026**, you or your attorney must do all of the following:

a. File a response explaining your position at:
Clerk of Court
United States Bankruptcy Court for the Eastern District of Pennsylvania
Robert N. C. Nix Sr. Federal Courthouse
900 Market Street, Suite 400
Philadelphia, PA 19107

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above.

b. Mail a copy of your response to the Movant's Attorney:
Ryan M. Lockman, Esquire
PA ID No.307325
HORN WILLIAMSON & COLLINS, LLC
One Commerce Square
2005 Market Street, 32nd Floor
Philadelphia, PA 19103
Tel: (215) 987-3300
Email: rlockman@hornwilliamson.com

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may grant the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Chief Judge Ashely M. Chan on **September 9, 2026 at 12:30 p. m.** in Courtroom 4, United States Bankruptcy Court, Robert N. C. Nix Sr. Federal Courthouse, 900 Market Street, Suite 400, Philadelphia, PA 19107. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2891 to find out whether the hearing has been canceled because no one filed an answer.

Dated: August 6, 2026

**HORN WILLIAMSON & COLLINS**

By: */s/ Ryan Lockman*
Ryan M. Lockman, Esquire
Atty. I.D. No. 307325
rlockman@hornwilliamson.com
Melvin R. Shuster, Esquire
Atty. I.D. No. 16963

mshuster@hornwilliamson.com
One Commerce Square, 32nd Floor
2005 Market Street
Philadelphia, PA 19103
(215) 987-3800

*Attorneys for Movants,*
*Amelia and Samuel Hardy*