**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 7 |
| STREAMLINE SOLUTIONS LLC, *et al.*, | Case No. 25-13595 (AMC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF MOTION TO STRIKE TRUSTEE LYNN FELDMAN'S EXPERT REPORT BY STEPHEN J. SCHERF**

Evanston Insurance Company ("Evanston"), by and through its undersigned counsel, hereby files a Motion to Strike Trustee Lynn Feldman's Expert Report by Stephen J. Scherf submitted in support of the Trustee's Motion for Approval of Settlement Agreement Mutual Release between the Trustee and Michael Stillwell, Coulbee, LLC, 1300 American Street, LLC, Soz de Ave Office Owner, LLC, Process Contracting, LLC, Corner Property Group, LLC, Enduring Development, LLC, and CVCM LLC.

**1.** **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult with an attorney.**

**2.** **If you do not want the Bankruptcy Court to enter an Order as requested in the Motion**, or if you want the Bankruptcy Court to consider your views on the Motion, then on or before September 9, 2026, **you or your attorney must file a response to the Motion**. (*See Filing Instructions on next page).*

3. **A hearing on the Motion** is scheduled to be held on **September 9, 2026, at 12:30 p.m.** in the courtroom of the Honorable Judge Ashely M. Chan, United States Bankruptcy Chief Judge for the Eastern District of Pennsylvania, Federal Building, Courtroom #4, 900 Market Street, Philadelphia, PA 19107.

Judge Chan will be offering both "**In person**" and "**Telephonic**" appearances on September 9, 2026. The meeting information is as follows: 1-646-828-766 (telephone number) 160 6807 8081 (meeting ID). No participant ID is necessary.

4. **If you do not file a response to the Motion,** the court may cancel the hearing and enter an Order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled or if no one filed a response.

6. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this notice.

## Filing Instructions

7. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1**, you must file your response electronically.

8. **If you are not required to file electronically**, you must file your response at:

Clerk of the Court
U.S. Bankruptcy Court for the Eastern District of Pennsylvania
900 Market Street, Suite 400
Philadelphia, PA 19107

9. **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the response to the movant's attorney:

Edward M. Koch, Esquire
Laura Rossi, Esquire
Pa. Id. Nos. 76337; 322763
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, PA 19103
215-864-6319/6366
koche@whiteandwilliams.com
rossil@whiteandwilliams.com

**WHITE AND WILLIAMS LLP**

*/s/ Edward M. Koch*

BY: Edward M. Koch, Esquire
Laura Rossi, Esquire
Pa. Id. Nos. 76337; 322763
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, PA 19103
215-864-6319/6366

Christopher F. Graham, Esq.
810 Seventh Avenue, Suite 500
New York, NY 10019
212-714-3066

*Attorneys for Creditor,*
*Evanston Insurance Company*

Dated: September 8, 2026

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 7 |
| STREAMLINE SOLUTIONS LLC, *et al.*, | Case No. 25-13595 (AMC) |
| Debtors. | (Jointly Administered) |

**MOTION TO STRIKE TRUSTEE LYNN FELDMAN'S EXPERT REPORT BY STEPHEN J. SCHERF**

Evanston Insurance Company ("Evanston"), by and through its undersigned counsel, hereby respectfully moves this Court for an Order striking the expert report of Stephen J. Scherf, served by Trustee Lynn Feldman on September 7, 2026, in support of the Trustee's Motion for Approval of Settlement.

## I. INTRODUCTION

***The Trustee disclosed Mr. Scherf's report only two days before the scheduled September 9, 2026 oral argument and did not file the report with the Court until September 8, 2026.*** Prior to September 7, 2026, the Trustee had not indicated any intention to rely on expert testimony in support of the motion seeking approval of the settlement agreement. As a result, Evanston and the other objecting parties had no reason to anticipate the need for expert discovery. Permitting the Trustee to rely upon this last-minute disclosure would deprive Evanston and the other objecting parties of any meaningful opportunity to analyze the report, depose Mr. Scherf, or determine whether rebuttal expert testimony is necessary. Under these circumstances, the report and any related expert testimony should be stricken.

In the alternative, should the Court not be inclined to strike the report and testimony, Evanston respectfully requests that the argument presently scheduled for September 9, 2026, be

continued for at least 90 days, to permit the deposition of Mr. Scherf and, if necessary, the retention and presentation of rebuttal expert testimony by Evanston and the other objecting parties.

## II. BACKGROUND AND FACTS

On May 18, 2026, Trustee Lynn Feldman filed a Motion for an Order Approving a Settlement Agreement and Mutual Release between the Trustee and Michael Stillwell, Coulbee, LLC, 1300 American Street, LLC, Soz de Ave Office Owner, LLC, Process Contracting, LLC, Corner Property Group, LLC, Enduring Development, LLC, and CVCM LLC. (ECF No. 85). On June 1, 2026, Evanston filed an objection to the motion (ECF no. 96). The Court initially scheduled oral argument for June 17, 2026. On the eve of that hearing, however, the Trustee requested an adjournment, and argument was rescheduled for September 9, 2026.

On September 7, 2026, just two days before the rescheduled argument, the Trustee served an expert report prepared by Stephen J. Scherf of Asterion, Inc., in support of the reasonableness of the proposed settlement at issue in the motion before this Court, indicating their intention to file the report on September 8, 2026. The report was filed on September 8, 2026. (ECF No. 115) along with a declaration of Trustee Lynn Feldman in further support of the motion.

## III. LEGAL ARGUMENT

### A. ALLOWING THE TRUSTEE TO RELY ON THE EXPERT REPORT WILL SEVERELY PREJUDICE THE OBJECTING PARTIES

Rule 26(a)(2), made applicable to these proceedings by Bankruptcy Rule 7026, provides that, absent a contrary stipulation or court order, expert disclosures must be made "at least 90 days before the date set for trial or for the case to be ready for trial." Fed. R. Civ. P. 26(a)(2)(D); Fed. R. Bankr. P. 7026. Having elected to rely on expert opinion in support of the Motion for Approval of Settlement, the Trustee was required to provide disclosure sufficiently in advance of the hearing to permit the objecting parties to evaluate the expert's opinions, conduct discovery, and prepare

any rebuttal evidence. The disclosure of Mr. Scherf's report just two days before the scheduled hearing falls far short of that requirement.

Moreover, the Trustee's untimely disclosure is both prejudicial and unjustified. Pursuant to the Trustee's submission the proposed settlement was reached in May 2026. Shortly thereafter, the Trustee filed the Motion for Approval of Settlement on May 18, 2026. The motion was originally scheduled for argument in June 2026. Despite having had ample opportunity to disclose any expert opinions upon which the Trustee intended to rely, the Trustee waited until September 7, 2026, to serve Mr. Scherf's report and has offered no reasonable explanation for the delay.

As a result of the Trustee's delay, Evanston and the other objecting parties have been deprived of a meaningful opportunity to depose Mr. Scherf, evaluate his opinions, and determine whether rebuttal expert testimony is warranted. Accordingly, Evanston respectfully requests that the Court strike Mr. Scherf's report, preclude any expert testimony based thereon, and grant such other relief as may be appropriate. In the alternative, should the Court not be inclined to strike the report and testimony, Evanston respectfully requests that the September 9, 2026 hearing be continued to afford the objecting parties a fair opportunity to depose Mr. Scherf and, if warranted, obtain rebuttal expert testimony.

**B. THE SCHERF REPORT IS FACIALLY INSUFFICIENT**

Given the Trustee's eleventh-hour disclosure and the absence of any opportunity for discovery, Evanston is currently unable to fully evaluate all of the ways in which the Scherf Report fails to satisfy the admissibility requirements of Rule 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993). However, at a minimum, the report appears insufficient on its face because it substantially relies upon information supplied by Mr. Stillwell, an interested party and beneficiary of the proposed settlement, while offering limited independent analysis or verification of the underlying facts. Accordingly, the apparent deficiencies in the report

provide an additional basis for exclusion or, at a minimum, they warrant permitting discovery concerning Mr. Scherf's opinions before the Court considers the report in connection with the Trustee's motion.

## IV. CONCLUSION

For the foregoing reasons, Evanston respectfully requests that the Court strike the expert report of Stephen J. Scherf and preclude the Trustee from offering Mr. Scherf's opinions or testimony in support of the Motion for Approval of Settlement. In the alternative, should the Court not be inclined to strike the report and testimony, Evanston respectfully requests that the Court continue the September 9, 2026 hearing for 90 days to permit the objecting parties to depose Mr. Scherf and, if necessary, obtain and present rebuttal expert testimony.

Respectfully submitted,

**WHITE AND WILLIAMS LLP**

*/s/ Edward M. Koch*
BY: Edward M. Koch, Esquire
Laura Rossi, Esquire
Pa. Id. Nos. 76337; 322763
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, PA 19103
215-864-6319/6366

Christopher F. Graham, Esq.
810 Seventh Avenue, Suite 500
New York, NY 10019
212-714-3066

*Attorneys for Creditor,*
*Evanston Insurance Company*

Dated: September 8, 2026

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 7 |
| STREAMLINE SOLUTIONS LLC, *et al.*, | Case No. 25-13595 (AMC) |
| Debtors. | (Jointly Administered) |

# ORDER

**AND NOW**, upon consideration of Evanston Insurance Company's Motion to Strike Trustee Lynn Feldman's Expert Report by Stephen J. Sherf, it is hereby ORDERED that the Motion is GRANTED.

**BY THE COURT:**

Dated: ____________________ ____________________________________

ASHELY M. CHAN
CHIEF U.S. BANKRUPTCY JUDGE

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 7 |
| STREAMLINE SOLUTIONS LLC, *et al.*, | Case No. 25-13595 (AMC) |
| Debtors. | (Jointly Administered) |

# CERTIFICATION OF SERVICE

I, Edward Koch, Esquire, certify that on September 8, 2026, I caused a true and correct copy of the document described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

**MOTION TO STRIKE TRUSTEE LYNN FELDMAN'S EXPERT REPORT BY STEPHEN J. SCHERF**

I certify under penalty of perjury that the above document was sent using the mode of service indicated.

Respectfully submitted,

**WHITE AND WILLIAMS LLP**

/s/ Edward M. Koch
BY: Edward M. Koch, Esquire
Pa. Id. No. 76337
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, PA 19103

Dated: September 8, 2026

*Attorneys for Creditor,*
*Evanston Insurance Company*

Mailing List Exhibit attached hereto:

**VIA ECF TRANSMISSION**

Robert A. Badman, Esquire
Curtin & Heefner LLP
1040 Stony Hill Road, Suite 150
Yardley, PA 19067 -
*Counsel to First Citizens Community Bank*

John Schanne, Esquire
Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
*Counsel to the U.S. Trustee*

Andrew C. Eckert, Esquire
Fleck Eckert Klein McGarry LLC
222 N. Walnut Street, Ste First Floor
West Chester, PA 19380
*Counsel to Ruggiero Plante Land Design, LLC*

Thomas Daniel Bielli, Esquire
Bielli & Klauder, LLC
1905. Spruce Street
Philadelphia, PA 19103
*Counsel to the Debtors*

Scott M. Klein, Esquire
Fleck Eckert Klein McGarry LLC
222 N. Walnut Street, Ste First Floor
West Chester, PA 19380
*Counsel to Ruggiero Plante Land Design, LLC*

Steven K. Eisenberg, Esquire
Stern & Eisenberg, P.C.
1581 Main Street, Suite 200
Warrington, PA 18976
*Counsel to Equity Funding, LLC*

Anthony R. Twardowski, Esquire
Zarwin Baum DeVito Kaplan Schaer & Toddy PC
2005 Market Street, 16th Floor
Philadelphia, PA 19103
*Counsel to 1300 American St., LLC*

Patrick James Brennan, Esquire
Fleck Eckert Klein LLC
222 N. Walnut Street, Ste First Floor
West Chester, PA 19380
*Counsel to Ruggiero Plante Land Design, LLC*

Ryan M. Lockman, Esquire
Horn Williamson, LLC
2005 Market Street, Ste 32nd Floor
Philadelphia, PA 19103
*Counsel to Nickolas Auger, David Butera, Daniel Kirk, Clarisa Krik and Matthew Selbovitz*

Lynn E. Feldman, Trustee
2310 Walbert Ave., Suite 103
Allentown, PA 18104
*Chapter 7 Trustee*

Robert W. Seitzer
Karalis PC
1900 Spruce Street
Philadelphia, PA 19103
*Counsel for the Trustee*

<u>**VIA E-MAIL**</u>
Albert A. Ciardi, III, Esquire
Ciardi Ciardi & Astin
1905 Spruce Street
Philadelphia, PA 19103
*aciardi@ciardilaw.com*
*Counsel to Interested Parties*