**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **STREAMLINE SOLUTIONS, LLC, *et al.*** | : | **BANKRUPTCY NO. 25-13595 (AMC)** |
| | : | **(Jointly Administered)** |
| **Debtors.** | : | |
| | : | |

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

### Part 1: Identify the appellants

1. Names of Appellants:

Homeowner Creditors Eyre Street Condominium Association, Brian Howles, Johanna Howles, Amelia Hardy, Joseph Hardy, Divya Hattay, Patrick Becker, Steven Hassler, Kaynaz Myrum, Steven Kellner, Jessie Tharp, Victor Williams, Ryan King, David Butera, Daniel Kirk, Clarisa Kirk, Matthew Selbovitz, Nickolas Auger, Sarah Aschenbach, Jason Aschenbach, Thomas Trinh, Lorna Khensouvann, Michael Trumbo, Stuart Green, Eugene Carelli and Annie Carelli.

2. Position of Appellants in bankruptcy case that is the subject of this appeal: Creditors.

### Part 2: Identify the subject of this appeal

1. Describe the judgment - or the order or decree - from which from which the appeal is taken:

Order granting Motion of Lynn E. Feldman, Chapter 7 Trustee, for Entry of an Order Approving Settlement Agreement and Mutual Release Between the Trustee and Michael Stillwell; Coulbee, LLC; 1300 American Street, LLC; SOZ DE Ave Office Owner, LLC; Process Contracting, LLC; Corner Property Group, LLC; Enduring Development, LLC and CVCM, LLC Pursuant to Fed.R.Bankr.P.9019(a) and 11 U.S.C. § 105(a) (the "Motion), and Approval of Settlement Agreement, as more fully set forth at Docket #124.

2. State the date on which the judgment – or the appealable order or decree – was entered:
   September 11, 2026.

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment - or the appealable order or decree – from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary:

1. Party: Chap. 7 Trustee Lynn E. Feldman

   Attorney: Robert W. Seitzer, Esquire
   KARALIS PC
   1900 Spruce Street
   Philadelphia, PA 19103
   (215) 546-4500
   rseitzer@karalislaw.com

2. Parties: Michael Stillwell
   Coulbee, LLC
   1300 American Street, LLC
   Process Contracting, LLC
   Corner Property Group, LLC
   Enduring Development, LLC
   CVCM, LLC
   Collectively "The Stillwell Entities"

   Attorneys: Daniel Siedman, Esquire
   CIARDI CIARDI & ASTIN
   1900 Spruce Street
   Philadelphia, PA 19103
   (215) 546-4500
   dsiedman@karalislaw.com

   Albert A. Ciardi, III
   CIARDI CIARDI & ASTIN
   1900 Spruce Street
   Philadelphia, PA 19103
   (215) 546-4500

   *Attorneys for*
   *The Stillwell Entities*

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

Inapplicable. √ Appellants elect to have this appeal heard by the United States District Court.

**Part 5: Sign below**

**/s/ Ryan M. Lockman** Date: September 23, 2026

Ryan M. Lockman, Esquire
HORN WILLIAMSON & COLLINS
One Commerce Square, 32nd Floor
2005 Market Street
Philadelphia, PA 19103
(215) 987-3800
rlockman@hornwilliamson.com
*Attorney for Appellants*