# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Streamline Solutions, LLC | ) | Case No. 25-13595-amc |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 7 |
| | ) | |
| | ) | |

## Certificate of Mailing

The Clerk hereby certifies that a true and correct copy of the attached document #130 notice of appeal as served on September 24, 2026 to the below parties by the method indicated:

| Party | Method of Service |
|---|---|
| Chief Judge Ashely Chan | email |
| Lynn E. Feldman, Trustee | CM/ECF |
| Robert W. Seitzer, Counsel for Trustee | CM/ECF |
| Office of The U.S. Trustee | CM/ECF |

Date: September 24, 2026

*SEE ATTACHED FOR MORE PARTIES

For The Court
Mohung Wong
Clerk of Court

| **Party** | **Method of Service** |
|---|---|
| United States District Court for the Eastern District of Pennsylvania | Via email |
| Thomas Daniel Bielli, counsel for Debtor Streamline Solutions, LLC | Via CM/ECF |
| Ryan M. Lockman, Matthew H. Dempsey, and Melvin R. Shuster, counsel for Appellants Homeowner Creditors Eyre Street Condominium Association, Brian Howles, Johanna Howles,Amelia Hardy, Joseph Hardy, Divya Hattay, Patrick Becker, Steven Hassler, Kaynaz Myrum, Steven Kellner, Jessie Tharp, Victor Williams, Ryan King, David Butera, Daniel Kirk, Clarisa Kirk, Matthew Selbovitz, Nickolas Auger, Sarah Aschenbach, Jason Aschenbach, Thomas Trinh, Lorna Khensouvann, Michael Trumbo, Stuart Green, Eugene Carelli and Annie Carelli; | Via CM/ECF |
| Daniel Siedman, and Albert A. Ciardi, III, counsel for Michael Stillwell, Coulbee, LLC, 1300 American Street, LLC, Process Contracting, LLC, Corner Property Group, LLC, Enduring Development, LLC, and CVCM, LLC; | Via CM/ECF |