**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **STREAMLINE SOLUTIONS, LLC, *et al.*** | : | **BANKRUPTCY NO. 25-13595 (AMC)** |
| | : | **(Jointly Administered)** |
| **Debtors.** | : | |
| | : | |

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellants

1. Names of Appellants:

Homeowner Creditors Eyre Street Condominium Association, Brian Howles, Johanna Howles, Amelia Hardy, Joseph Hardy, Divya Hattay, Patrick Becker, Steven Hassler, Kaynaz Myrum, Steven Kellner, Jessie Tharp, Victor Williams, Ryan King, David Butera, Daniel Kirk, Clarisa Kirk, Matthew Selbovitz, Nickolas Auger, Sarah Aschenbach, Jason Aschenbach, Thomas Trinh, Lorna Khensouvann, Michael Trumbo, Stuart Green, Eugene Carelli and Annie Carelli.

2. Position of Appellants in bankruptcy case that is the subject of this appeal: Creditors.

## Part 2: Identify the subject of this appeal

1. Describe the judgment - or the order or decree - from which from which the appeal is taken:

Order granting Motion of Lynn E. Feldman, Chapter 7 Trustee, for Entry of an Order Approving Settlement Agreement and Mutual Release Between the Trustee and Michael Stillwell; Coulbee, LLC; 1300 American Street, LLC; SOZ DE Ave Office Owner, LLC; Process Contracting, LLC; Corner Property Group, LLC; Enduring Development, LLC and CVCM, LLC Pursuant to Fed.R.Bankr.P.9019(a) and 11 U.S.C. § 105(a) (the "Motion), and Approval of Settlement Agreement, as more fully set forth at Docket #124.

2. State the date on which the judgment – or the appealable order or decree – was entered:
   September 11, 2026.

**<u>Part 3: Identify the other parties to the appeal</u>**

List the names of all parties to the judgment - or the appealable order or decree – from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary:

1. Party: Chap. 7 Trustee Lynn E. Feldman

   Attorney: Robert W. Seitzer, Esquire
   KARALIS PC
   1900 Spruce Street
   Philadelphia, PA 19103
   (215) 546-4500
   rseitzer@karalislaw.com

2. Parties: Michael Stillwell
   Coulbee, LLC
   1300 American Street, LLC
   Process Contracting, LLC
   Corner Property Group, LLC
   Enduring Development, LLC
   CVCM, LLC
   Collectively "The Stillwell Entities"

   Attorneys: Daniel Siedman, Esquire
   CIARDI CIARDI & ASTIN
   1900 Spruce Street
   Philadelphia, PA 19103
   (215) 546-4500
   dsiedman@karalislaw.com

   Albert A. Ciardi, III
   CIARDI CIARDI & ASTIN
   1900 Spruce Street
   Philadelphia, PA 19103
   (215) 546-4500

   *Attorneys for*
   *The Stillwell Entities*

**<u>Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)</u>**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to <u>28 U.S.C. § 158(c)(1)</u>, a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

Inapplicable. √ Appellants elect to have this appeal heard by the United States District Court.

**Part 5: Sign below**

**/s/ Ryan M. Lockman** Date: September 23, 2026

Ryan M. Lockman, Esquire
HORN WILLIAMSON & COLLINS
One Commerce Square, 32nd Floor
2005 Market Street
Philadelphia, PA 19103
(215) 987-3800
rlockman@hornwilliamson.com
*Attorney for Appellants*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **STREAMLINE SOLUTIONS, LLC,** ***et al.*** | : | **BANKRUPTCY NO. 25-13595 (AMC)** |
| | : | **(Jointly Administered)** |
| **Debtors.** | : | |
| | : | |

**CERTIFICATION OF SERVICE**

I, Ryan M. Lockman, Esquire certify that on September 23, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Notice of Appeal and Statement of Election.
- Order dated September 11, 2026 Granting Trustee's Motion to Approve Settlement Agreement.
- This Certification of Service.

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: September 23, 2026

***/s/ Ryan M. Lockman***

Ryan M. Lockman, Esquire
HORN WILLIAMSON, LLC
One Commerce Square, 32nd Floor
2005 Market Street
Philadelphia, PA 19103
(215) 987-3800
rlockman@hornwilliamson.com
*Attorney for Appellants*

MAILING LIST

| | |
|---|---|
| **<u>Via ECF</u>**<br>Thomas Daniel Bielli Esq.<br>BIELLI & KLAUDER LLC<br>1905 Spruce Street<br>Philadelphia PA 19103<br>212-642-8271<br>tbielli@bk-legal.com<br>bhoffmann@bk-legal.com<br>*Counsel to Debtor, Streamline Solutions LLC* | **<u>Via ECF</u>**<br>Lynn E. Feldman<br>2310 Walbert Avenue<br>Suite 103<br>Allentown, PA 18104<br>610-530-9285<br>Trustee.feldman@rcn.com<br>lfeldman@ecf.axosfs.com<br>*Trustee* |
| **<u>Via ECF</u>**<br>Robert W. Seitzer<br>KARALIS PC<br>1900 Spruce Street<br>Philadelphia, PA 19103<br>(215) 546-4500<br>rseitzer@karalislaw.com<br>jhysley@karalislaw.com<br>PA93@ecfcbis.com<br>*Counsel to Trustee Lynn E. Feldman* | **<u>Via ECF</u>**<br>Patrick James Brennan, Esquire<br>Andrew J. Eckert, Esquire<br>Scott M. Klein, Esquire<br>FLECK ECKERT KLEIN MCGARRY, LLC<br>222 N. Walnut St, First Floor<br>West Chester, PA 19380<br>pbrennan@fekmlaw.com<br>aeckert@fekmlaw.com<br>kpower@fekmlaw.com<br>sklein@fekmlaw.com<br>keckman@fekmlaw.com<br>*Counsel to Ruggiero Plante Land Design, LLC* |
| **<u>Via ECF</u>**<br>Steven K. Eisenberg, Esquire<br>STERN & EISENBERG, P.C.<br>1581 Main Street, Suite 200<br>Warrington, PA 18976<br>(215) 421-9012<br>seisenberg@sterneisenberg.com<br>*Counsel to Equity Funding, LLC* | **<u>Via ECF</u>**<br>Anthony R. Twardowski, Esq.<br>One Commerce Square<br>2005 Market Street \| 16th Floor<br>Philadelphia, PA 19103<br>P: (215) 569-2800<br>F: (215) 569-1606<br>E: artwardowski@zarwin.com<br>*Counsel to 1300 American St, LLC* |
| **<u>Via ECF</u>**<br>Robert A. Badman, Esquire<br>CURTIN & HEEFNER LLP<br>1040 Stony Hill Road, Suite 150<br>Yardley, Pennsylvania 19067<br>rab@curtinheefner.com<br>nhs@curtinheefner.com<br>*Counsel to First Citizens Community Bank* | **<u>Via ECF</u>**<br>Edward M. Koch, Esquire<br>Laura Rossi, Esquire<br>WHITE & WILLIAMS LLP<br>1650 Market Street<br>One Liberty Place, Suite 1800<br>Philadelphia, PA 19103<br>koche@whiteandwilliams.com<br>rossil@whiteandwilliams.com<br>cosgroveb@whiteandwilliams.com<br>*Counsel to Evanston Insurance Company* |

| | |
|---|---|
| **Via ECF**<br>United States Trustee<br>USTPReigon03.PH.ECF@usdoj.gov<br>*United States Trustee* | **Via First Class Mail**<br>Asterion, Inc.<br>1617 JFK Boulevard<br>Suite 1040<br>Philadelphia, PA 19103 |
| **Via First Class Mail**<br>Christopher F. Graham<br>WHITE & WILLIAMS, LLP<br>810 Seventh Avenue<br>Suite 500<br>New York, NY 10019<br>*Counsel to Evanston Insurance Company* | **Via First Class Mail**<br>Albert A. Ciardi, III, Esquire<br>Daniel Siedman, Esquire<br>CIARDI CIARDI & ASTIN<br>1900 Spruce Street<br>Philadelphia, PA 19103<br>*Counsel to the Stillwell Entities* |
| | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **STREAMLINE SOLUTIONS, LLC, *et al.*** | : | **BANKRUPTCY NO. 25-13595 (AMC)** |
| | : | |
| **Debtors** | : | ***(Jointly Administered)*** |
| | : | |

## ORDER

**AND NOW**, upon consideration of the Motion of Lynn E. Feldman, Chapter 7 Trustee, for Entry of an Order Approving Settlement Agreement and Mutual Release Between the Trustee and Michael Stillwell; Coulbee, LLC; 1300 American Street, LLC; SOZ DE Ave Office Owner, LLC; Process Contracting, LLC; Corner Property Group, LLC; Enduring Development, LLC and CVCM, LLC Pursuant to Fed. R. Bankr. P. 9019(a) and 11 U.S.C. § 105(a) (the "Motion")[1], and after notice and hearing; it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Agreement is hereby **APPROVED**.

3. The Settling Parties are authorized to take all actions necessary to effectuate and consummate the resolution contemplated by the Agreement including, without limitation, the execution and delivery of any documents, agreements or other instruments.

4. This Order shall be binding on the Settling Parties, the Debtors' estates, all creditors and all parties-in-interest.

5. Notice of the Motion as provided therein shall be deemed good and sufficient notice and the requirements of the Federal Rules of Bankruptcy Procedure and Local Rules of Bankruptcy Procedure are satisfied by such notice.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

6. This Court shall retain jurisdiction with respect to all matters arising from or related to the Agreement and/or to the interpretation, implementation, or enforcement of this Order or the Agreement.

7. The failure to reference or discuss any particular provision of the Agreement in this Order shall have no effect on the validity, binding effect and enforceability of such provision and such provision shall have the same validity, binding effect and enforceability as every other provision of the Agreement.

**BY THE COURT:**

Dated: 9/11/26

ASHELY M. CHAN,
CHIEF U.S. BANKRUPTCY JUDGE