HORN WILLIAMSON & COLLINS

**Ryan M. Lockman**
Managing Partner

October 7, 2026

**VIA ECF**
The Honorable Ashely M. Chan, U.S.B.J.
Robert N.C. Nix, Sr. Federal Courthouse
900 Market Street
Philadelphia, PA 19107

RE: In Re: Streamline Solutions, LLC (Jointly Administered
25-13595 (AMC)

Dear Judge Chan,

I represent the homeowner creditors in this action. Four motions for relief from the automatic stay filed by various homeowner creditors are pending. Pursuant to the Court's Order, the parties are submitting supplemental briefs, and a hearing is scheduled for October 28, 2026.

The Homeowners' briefs are due Thursday, October 8, 2026. Because of medical testing and appointments that the undersigned has on October 8th and 9th, the Homeowners respectfully request a two-business-day extension to file their briefs, until **Monday, October 12, 2026.** Replies would then be **due Monday, October 19, 2026.**

Counsel for the Trustee, Michael Stillwell/Coulbee LLC, and Evanston Insurance Company do not object to this request.

Thank you for your continuing attention to this matter.

Respectfully submitted,

/s/ Ryan Lockman
Ryan Lockman
Counsel for Homeowner Creditors.

One Commerce Square
2005 Market Street, 32nd Floor
Philadelphia, PA 19103

D: 215.874.4899
O: 215.987.3800
E: rlockman@hornwilliamson.com

Pennsylvania
Delaware
New York
**hornwilliamson.com**