**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **STREAMLINE SOLUTIONS, LLC,** ***et al.*** | : | **BANKRUPTCY NO. 25-13595 (AMC)** |
| | : | **(Jointly Administered)** |
| **Debtors.** | : | |
| | : | |

**NOTICE OF APPEAL AND STATEMENT OF ELECTION**

**Part 1: Identify the appellants**

1. Names of Appellants:

   Homeowners Stuart Green and Michael Trumbo

2. Position of Appellants in bankruptcy case that is the subject of this appeal: Creditors.

**Part 2: Identify the subject of this appeal**

1. Describe the judgment – or the order or decree- from which the appeal is taken:

   Order denying the Motion for Relief from Stay filed by Stuart Green and Michael Trumbo (ECF 108).

2. State the date on which the judgment – or the appealable order or decree – was entered:

   October 29, 2026.

**Part 3: Identify the other parties to the appeal**
List the names of all parties to the judgment – or the appealable order or decree – from which the appeal is taken and the names, addresses and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Chap. 7 Trustee Lynn E. Feldman

   Attorney: Robert W. Seitzer, Esquire
   KARALIS PC
   1900 Spruce Street
   Philadelphia, PA 19103
   *Attorney for the Trustee*

2. Parties: Streamline Solutions, LLC
Streamline Construction Management, LLC
Streamline Group, LLC
Streamline Philly Construction Management, LLC
Lion Construction, LLC
Lion Construction Management, LLC
Michael Stillwell

Attorneys: Daniel Siedman, Esquire
CIARDI CIARDI & ASTIN
1900 Spruce Street
Philadelphia, PA 19103
(215) 546-4500
dsiedman@ciardilaw.com
*Attorneys for Debtor Appellees*

Albert A. Ciardi, III
CIARDI CIARDI & ASTIN
1900 Spruce Street
Philadelphia, PA 19103
(215) 546-4500
aciardi@ciardilaw.com
*Attorney for Non-Debtor Michael Stillwell*

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

Inapplicable. √ Appellants elect to have this appeal heard by the United States District Court.

**Part 5: Sign below**

/s/ *Ryan M. Lockman, Esq.* Dated: November 11, 2026

Ryan M. Lockman, Esquire
HORN WILLIAMSON & COLLINS
One Commerce Square, 32nd Floor
2005 Market Street
Philadelphia, PA 19103
(215) 987-3800
rlockman@hornwilliamson.com
*Attorney for Appellants*