**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | **Chapter 7** |
| **STREAMLINE SOLUTIONS, LLC,** | : | |
| | : | |
| | : | **Bankruptcy No. 25-13595-AMC** |
| | : | |
| **DEBTOR** | : | |
| | : | |

**ORDER**

AND NOW, this 29th day of October, 2026, upon consideration of the Motion for Relief from Stay filed by Stuart Green and Michael Trumbo (ECF 108) and the responses filed thereto, for the reasons stated on the record at the hearing on October 28, 2026, the Motion for Relief from Stay is hereby DENIED.

Honorable Ashely M. Chan
United States Bankruptcy Judge