**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **STREAMLINE SOLUTIONS, LLC, *et al.*** | : | **BANKRUPTCY NO. 25-13595 (AMC)** |
| | : | **(Jointly Administered)** |
| **Debtors.** | : | |
| | : | |

# CERTIFICATION OF SERVICE

I, Ryan M. Lockman, Esquire, certify that on November 11, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Notice of Appeal and Statement of Election.
- Order dated October 29, 2026 Denying Appellants', Stuart Green and Michael Trumbo's, Motion for Relief from Stay.
- This Certification of Service.

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: November 11, 2026

***/s/ Ryan M. Lockman***
Ryan M. Lockman, Esquire
HORN WILLIAMSON & COLLINS
One Commerce Square, 32nd Floor
2005 Market Street
Philadelphia, PA 19103
(215) 987-3300
rlockman@hornwilliamson.com
*Attorney for Appellants*

**MAILING LIST**

| | |
|---|---|
| **Via ECF**<br>Thomas Daniel Bielli Esq.<br>BIELLI & KLAUDER LLC<br>1905 Spruce Street<br>Philadelphia PA 19103<br>212-642-8271<br>tbielli@bk-legal.com<br>bhoffmann@bk-legal.com<br>*Counsel to Debtor, Streamline Solutions LLC* | **Via ECF**<br>Lynn E. Feldman<br>2310 Walbert Avenue<br>Suite 103<br>Allentown, PA 18104<br>610-530-9285<br>Trustee.feldman@rcn.com<br>lfeldman@ecf.axosfs.com<br>*Trustee* |
| **Via ECF**<br>Robert W. Seitzer<br>KARALIS PC<br>1900 Spruce Street<br>Philadelphia, PA 19103<br>(215) 546-4500<br>rseitzer@karalislaw.com<br>jhysley@karalislaw.com<br>PA93@ecfcbis.com<br>*Counsel to Trustee Lynn E. Feldman* | **Via ECF**<br>Patrick James Brennan, Esquire<br>Andrew J. Eckert, Esquire<br>Scott M. Klein, Esquire<br>FLECK ECKERT KLEIN MCGARRY, LLC<br>222 N. Walnut St, First Floor<br>West Chester, PA 19380<br>pbrennan@fekmlaw.com<br>aeckert@fekmlaw.com<br>kpower@fekmlaw.com<br>sklein@fekmlaw.com<br>keckman@fekmlaw.com<br>*Counsel to Ruggiero Plante Land Design, LLC* |
| **Via ECF**<br>Steven K. Eisenberg, Esquire<br>STERN & EISENBERG, P.C.<br>1581 Main Street, Suite 200<br>Warrington, PA 18976<br>(215) 421-9012<br>seisenberg@sterneisenberg.com<br>*Counsel to Equity Funding, LLC* | **Via ECF**<br>Anthony R. Twardowski, Esq.<br>One Commerce Square<br>2005 Market Street \| 16th Floor<br>Philadelphia, PA 19103<br>P: (215) 569-2800<br>F: (215) 569-1606<br>E: artwardowski@zarwin.com<br>*Counsel to 1300 American St, LLC* |
| **Via ECF**<br>Robert A. Badman, Esquire<br>CURTIN & HEEFNER LLP<br>1040 Stony Hill Road, Suite 150<br>Yardley, Pennsylvania 19067<br>rab@curtinheefner.com<br>nhs@curtinheefner.com<br>*Counsel to First Citizens Community Bank* | **Via ECF**<br>Edward M. Koch, Esquire<br>Laura Rossi, Esquire<br>WHITE & WILLIAMS LLP<br>1650 Market Street<br>One Liberty Place, Suite 1800<br>Philadelphia, PA 19103<br>koche@whiteandwilliams.com<br>rossil@whiteandwilliams.com<br>cosgroveb@whiteandwilliams.com<br>*Counsel to Evanston Insurance Company* |
| **Via ECF**<br>United States Trustee<br>USTPReigon03.PH.ECF@usdoj.gov<br>*United States Trustee* | **Via First Class Mail**<br>Asterion, Inc.<br>1617 JFK Boulevard<br>Suite 1040<br>Philadelphia, PA 19103 |

| | |
|---|---|
| **Via First Class Mail**<br>Christopher F. Graham<br>WHITE & WILLIAMS, LLP<br>810 Seventh Avenue<br>Suite 500<br>New York, NY 10019<br>*Counsel to Evanston Insurance Company* | |